1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

STEPHEN BUCKLE, GODFREY
THOMSON, and PEDRO VERONEZ
VEIGA PKA GAVIN JASPER,

Plaintiffs,

v.

TOYOTA MOTOR NORTH AMERICA,
INC., TOYOTA MOTOR SALES, USA
INC., NORTH AMERICA INC., MARY
WOOD, and FRISBIE TUNES, INC.,

Defendants.

Case No. 2:13-cv-8626-ODW (PJWx)

**ORDER TO SHOW CAUSE RE
FAILURE TO FILE REQUIRED
FORMS**

19

20

21

On November 21, 2013, the Clerk's office notified Plaintiffs that they failed to file the requisite AO 120 and/or AO 121 forms.  (ECF No. 4.)  Local Rule 3-1, provides,

22

23

24

25

26

27

28

> In all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. § 1338 (regarding patents, plant variety protection, copyrights and trademarks), the Clerk shall also be provided at the time of filing with the original and two copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and the original and four copies of the required notice (AO 121) in copyright matters.

The Clerk's office instructed Plaintiffs to electronically file the forms within ten days. (ECF No. 4.)  To date, Plaintiffs have not filed either of the required forms with the Court.

Compliance with the Clerk's office instructions is not optional.  The Court **ORDERS** Plaintiffs to **SHOW CAUSE** why they declined to follow the Clerk's office's instructions to file the requisite AO 120 and AO121 forms no later than **Wednesday**, **January 15, 2014**.  This Order will be discharged upon Plaintiffs' electronic filing of the above forms.  Plaintiffs are warned that future failures to comply with the Local Rules may result in sanctions.

**IT IS SO ORDERED.**


January 7, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**