# United States District Court
# Central District of California

| | |
|---|---|
| STEPHEN BUCKLE; GODFREY THOMSON; and PEDRO VERONEZ VEIGA,<br><br>            Plaintiffs,<br><br>    v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES, USA INC.; SAATCHI & SAATCHI NORTH AMERICA INC., MARY WOOD, and FRISBIE TUNES, INC.,<br><br>            Defendants. | Case No. 2:13-cv-8626-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

    In light of the parties' representations in the Notice of Settlement (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **Monday, April 28, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates, including the scheduling conference set for Monday, March 31, 2014, are **VACATED** and taken off calendar. This order to show

cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

March 27, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2